**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**RODNEY MCDANIEL**                                                                           **PLAINTIFF**

**VS.**                                **Case No. 05-CV-1091**

**CARDWELL INTERNATIONAL LTD.
and NATIONAL OIL WELLS, INC.**                                         **DEFENDANTS**

## **ORDER**

Before the Court is Plaintiff Rodney McDaniel's Motion for Voluntary Dismissal of Complaint against Defendant Cardwell International, Ltd. (Doc. 10). Upon consideration the Court finds the motion should be and hereby is **granted** and Separate Defendant Cardwell International, Ltd., is hereby **dismissed from this lawsuit without prejudice**. This lawsuit shall proceed as against the remaining Defendant National Oil Wells, Inc.

**IT IS SO ORDERED** this 17th day of February, 2006.

                                                  /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    U.S. District Judge